UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     KEVIN KANE <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.19-15886-JKF |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 25th day of February, 2020, by first class mail upon those listed below:

KEVIN KANE
144 Warrior Road
Drexel Hill, PA  19026

**Electronically via CM/ECF System Only:**

JOSEPH P KERRIGAN ESQ
461 N 3RD STREET
SUITE 2B
PHILADELPHIA, PA  19123

 

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee