UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| KEVIN KANE | : Chapter 13 |
| | : |
| Debtor(s) | : Bankruptcy No. 19-15886JKF |

AMENDED CERTIFICATE OF SERVICE

I, Polly A. Langdon, Esq., do hereby certify that true and correct copies of the foregoing Trustee's Second Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 and Notice of Second Amended Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3 have been served this 10th day of March, 2020 by first class mail upon those listed below:

Kevin Kane
144 Warrior Road
Drexel Hill, PA 19026

**Electronically via ECF/System ONLY:**

Joseph P. Kerrigan, Esq.
461 N. 3rd Street, Suite 2B
Philadelphia, PA 19123

*/s/Rolando Ramos-Cardona*
Polly A. Langdon, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee