UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    KEVIN KANE                    : Chapter 13
                                                    :
        Debtor(s)  : Bankruptcy No.  19-15886JKF

ORDER

AND NOW, upon consideration of the Second Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

*/s/ Jean K. FitzSimon*
_____

**Date: April 2, 2020**

Jean K. FitzSimon, B. J.