```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                         Case No. 19-15886-jkf
Kevin Kane                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD           Page 1 of 1           Date Rcvd: Apr 02, 2020
                              Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.
```
db            +Kevin Kane,    144 Warrior Road,    Drexel Hill, PA 19026-4921
14391936       Cache, LLC,    4340 S. Monaco,    2nd Floor,    Maurice River, NJ 08237
14391937       Damian Lavelle,    c/o Christopher Tretta, Esq,    2 Penn Ctr.; Ste 610,    Philadelphia, PA 19102
14408109      +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,    701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14408384      +PENNSYLVANIA HOUSING FINANCE AGENCY.,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14391938      +PHFA Mortgage,    c/o KML Law,    701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
14391939      +Roert Cahill,    212 W. Moreland Ave,    Hatboro, PA 19040-1819
14391940      +Sheldon Schwartz,    5 Abernathy Road,    Lexington, MA 02420-2510
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 03 2020 05:10:38      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 03 2020 05:10:33      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14428692       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 05:13:15      CACH, LLC,
                Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14448664      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 03 2020 05:10:01      Internal Revenue Service,
                P O BOX 7346,    Philadelphia PA 19101-7346
14396817      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 03 2020 05:10:29      KeyBank N.A.,
                4910 Tiedeman Rd,    Brooklyn, Ohio 44144-2338
14417532       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 05:14:23
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14405174       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 03 2020 05:10:17
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
14430629      +E-mail/Text: blegal@phfa.org Apr 03 2020 05:10:26      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              JOSEPH P. KERRIGAN    on behalf of Debtor Kevin  Kane jpklaw@msn.com, G21030@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
   KEVIN KANE : Chapter 13
:
            Debtor(s) : Bankruptcy No. 19-15886JKF

## ORDER

AND NOW, upon consideration of the Second Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

**Date: April 2, 2020**

_____
Jean K. FitzSimon, B. J.